**Charles Cohn and Harry Cohn, copartners, trading as Charles Cohn & Brother, appellants, v. J. H. Taft, appellee. Gen. No. 24,799.**

Action upon a guaranty to pay for goods purchased by another. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. John R. Newcomer, Judge, presiding. Heard in this court at the October term, 1918. Affirmed. Opinion filed March 10, 1919.

Jones, Addington, Ames & Seibold, for appellants; Albert F. Mecklenburger, of counsel. Frederick A. Brown, for appellee.

Mr. Presiding Justice Dever delivered the opinion of the court.

---

**Frank E. Davidson, appellee, v. Charles Kling and Kling Brothers Engineering Works, appellants. Gen. No. 24,876.**

Action by an architect to recover for services. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Harry Dolan, Judge, presiding. Heard in this court at the October term, 1918. Reversed and remanded. Opinion filed March 10, 1919. Rehearing denied March 24, 1919.

William A. Doyle and Israel B. Perlman, for appellants; Isidore Goodman, of counsel. G. Fred Rush, for appellee.

Mr. Presiding Justice Dever delivered the opinion of the court.

---

**James Campbell, appellee, v. Kenwood Trust & Savings Bank, appellant. Gen. No. 24,511.**

Action to recover for a bond purchased from defendant's bank but alleged not to have been delivered. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Wells M. Cook, Judge, presiding. Heard in this court at the October term, 1918. Reversed with judgment of *nil capiat* and for costs. Opinion filed March 10, 1919. Rehearing denied March 24, 1919.

Dickinson, Wetten, Keehn & Matthews, for appellant. Campbell & Fischer, for appellee.

Mr. Justice Holdom delivered the opinion of the court.

---

**Jennie Cohen, Appellant, v. Harry Yablonski, appellee. Gen. No. 24,546.**

Action to recover purchase price of diamond earrings. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. Harry P. Dolan, Judge, presiding. Heard in this court at the October term, 1918. Affirmed. Opinion filed March 10, 1919.

Howe & Levy, for appellant; Oliver B. Opsahl, of counsel. No appearance for appellee.

Mr. Justice Holdom delivered the opinion of the court.